```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01462
   EMMANUEL REYES
   LISA GAYE REYES                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-3637      SSN XXX-XX-7123


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/17/06 and confirmed on 06/06/06.

     2.  The case was converted to Chapter 7 after confirmation, 04/02/2007.

     3.  The Debtor paid a total of $  58700.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG     8234.15            .00          8234.15
HSBC MORTGAGE SERVICES     MORTGAGE ARRE     6588.00            .00             .00
SELECT PORTFOLIO SERVICI   SECURED          42816.75            .00         42816.75
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE    31369.32            .00             .00
FORD MOTOR CREDIT CO       SECURED          17546.74            .00          2800.00
TOYOTA MOTOR CREDIT CORP   SECURED          24560.00            .00          2800.00
BMW FINANCIAL SERVICES N   FILED LATE           .00             .00             .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED           .00             .00
CEASARS PALACE             UNSECURED        NOT FILED           .00             .00
DISCOVER BANK              UNSECURED         8080.19            .00             .00
CHASE BANK                 UNSECURED        28417.75            .00             .00
HARRAHS ILLINOIS CORP      UNSECURED        15150.00            .00             .00
HARRAHS ILLINOIS CORP      UNSECURED        10050.00            .00             .00
HOLLYWOOD CASINO           UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED        32976.66            .00             .00
RIO HOTEL & CASINO         UNSECURED        NOT FILED           .00             .00
ROSARIO REYES              UNSECURED        45000.00            .00             .00
TRUMP INDIANA              UNSECURED        NOT FILED           .00             .00
EDWARD HOSPITAL            UNSECURED        NOT FILED           .00             .00
TOYOTA MOTOR CREDIT CORP   UNSECURED         1084.88            .00             .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID            PAID
-------------------------------------------------------------------------------
         Summary of disbursements:
-------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  131114.96         .00     140759.48         .00        271874.44
PRINCIPAL PAID       56650.90         .00          .00          .00         56650.90
INTEREST PAID            .00          .00          .00          .00             .00
```

```
TOTAL PAID              56650.90          .00          .00          .00      56650.90
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $    2000.00   direct and $        .00   through the plan.

The Trustee received $    2049.10 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/17/07                          /S/
                                      GLENN STEARNS
                                    CHAPTER 13 TRUSTEE