**DISPOSITION OF ESTATE PROPERTY**

Scheduled Property & Disposition                          Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

        See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

        See Form 1, attached

|  |  |
|---|---|
| TOTAL RECEIPTS | $7,207.99 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $164,525.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $564,525.00 |

**EXHIBIT B**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 06-01462 | JHS | Judge: | John H. Squires | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|---|
| Case Name: | EMMANUEL REYES | | | | | Date Filed (f) or Converted (c): | 4/2/2007 (c) |
| | LISA GAYE REYES | | | | | 341(a) Meeting Date: | 6/5/2007 |
| For Period Ending: | 8/12/2008 | | | | | Claims Bar Date: | 3/19/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Motorcycle (u) | Unknown | 7,200.00 | | 7,200.00 | FA |
| 2 | 1332 Culpepper Dr. Naperville, IL 60540 (Debtor's Residence) | 400,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with -Mid America Bank. Acct# end in 3898 | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL AND JEWELRY | 700.00 | 0.00 | DA | 0.00 | FA |
| 7 | PENSION PLANS AND PROFIT SHARING | 98,900.00 | 0.00 | DA | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 25,100.00 | 0.00 | DA | 0.00 | FA |
| 9 | FMC-2002 Ford e-150 Conversion Van | 17,575.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Toyota Avalon | 19,050.00 | 0.00 | DA | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.99 | Unknown |

TOTALS (Excluding Unknown Values)   $564,525.00   $7,200.00   $7,207.99

Gross Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #    2    --    fully liened/exempt
RE PROP #    3    --    exempt
RE PROP #    5    --    exempt
RE PROP #    9    --    fully liened
RE PROP #    10   --    fully liened/exempt

Initial Projected Date of Final Report (TFR):   2/29/2008     Current Projected Date of Final Report (TFR):   / /