UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| REYES, EMMANUEL | ) | CASE NO. 06-01462-JHS |
| REYES, LISA GAYE | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   COURTROOM 4016
          DUPAGE COUNTY COURTHOUSE
          505 NORTH COUNTY FARM ROAD
          WHEATON, IL. 60187

    On: **October 17, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                           $7,207.99

    Disbursements                                      $1,050.00

    Net Cash Available for Distribution                $6,157.99

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BROWN, DAVID R.<br>Trustee | $0.00 | $1,470.80 | $0.00 |
| Springer, Brown, Covey, Gaertner & Davis, LLC<br>Attorney for Trustee (Trustee Firm) | $0.00 | $1,470.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6.　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: none

7.　　Claims of general unsecured creditors totaling $<u>684,609.20</u> have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.47%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00020 | AES/DDB | 1,516.71 | 7.12 |
| 00011 | Chase Bank USA, NA | 28,417.75 | 133.54 |
| 00014 | Collaborative Learning Inc. | 503,592.28 | 2,366.54 |
| 00017 | Desert Palace Inc. dba Caesar's Palace | 17,853.25 | 83.90 |
| 00004 | Discover Bank/Discover Financial Services | 8,080.19 | 37.97 |
| 00003 | ECAST SETTLEMENT CORPORATION | 32,976.66 | 154.97 |
| 00016 | Fifth Third Bank | 6,219.07 | 29.23 |
| 00009 | Harrah's East Chicago | 10,050.00 | 47.23 |
| 00010 | Harrah's Illinois Corporation | 15,150.00 | 71.19 |
| 00019 | Rio Properties, Inc. | 11,979.55 | 56.30 |
| 00015 | Roundup Funding, LLC | 28,417.75 | 133.54 |
| 00012 | BMW  Financial Services | 20,355.99 | 95.66 |

8.　　Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.　　The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.　　Debtor has been discharged.

　　11.　　The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking account with -Mid America Bank.  (exempt) | 100.00 |
| HOUSEHOLD GOODS AND FURNISHINGS (exempt) | 3,000.00 |
| BOOKS AND ART OBJECTS   (no value) | 100.00 |
| WEARING APPAREL AND JEWELRY (exempt) | 700.00 |
| PENSION PLANS AND PROFIT SHARING (exempt) | 98,900.00 |
| PENSION PLANS AND PROFIT SHARING (exempt) | 25,100.00 |
| FMC-2002 Ford e-150 Conversion Van  (exempt/no equity) | 17,575.00 |
| 2002 Toyota Avalon (exempt/no equity) | 19,050.00 |

Dated:　**September 11, 2008**　　　　　　　　　　　　　　For the Court,

|  | By: | **KENNETH S.GARDNER** |
|---|---|---|
|  |  | Kenneth S. Gardner |
|  |  | Clerk of the U.S. Bankruptcy Court |
|  |  | 219 S. Dearborn Street; 7th Floor |
|  |  | Chicago, IL 60604 |

| Trustee: | DAVID R. BROWN |
|---|---|
| Address: | 400 SOUTH COUNTY FARM ROAD |
|  | SUITE 330 |
|  | WHEATON IL 60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2            Date Rcvd: Sep 11, 2008
Case: 06-01462                Form ID: pdf002              Total Served: 51

The following entities were served by first class mail on Sep 13, 2008.
db          +Emmanuel Reyes,    1332 Culpepper Dr,    Naperville, IL 60540-8202
jdb         +Lisa Gaye Reyes,    1332 Culpepper Dr,    Naperville, IL 60540-8202
aty         +Alex Wilson,    Law Offices of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
              Chicago, IL 60603-5920
aty         +Robert Brynjelsen,    Law Offices of Peter Francis Geraci,    55 East Monroe St., Suite #3400,
              Chicago, IL 60603-5920
tr          +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
11944192    +AES/DDB,   PO BOX 8183,    HARRISBURG PA 17105-8183
11280623    +American Education Services,    Bankruptcy Department,    PO Box 2461,    Harrisburg, PA 17105-2461
10603680     BMW Financial Services,    Attn: Bankruptcy Department,    Box 6600,    Springfield, OH 45501
10796902    +BMW Financial Services NA, LLC,    c/o Friedman and Wexler, LLC,    500 W Madison Street,
              Suite 2910,    Chicago, IL 60661-4571
10603683     Capital One,   Bankruptcy Department,    PO Box 34631,    Seattle, WA 98124-1631
10603686    +Ceasar’s Palace,    3570 Las Vegas Blvd,    Las Vegas, NV 89109-8933
10603697    +Chase,    Bankruptcy Department,    PO Box 29082,    Phoenix, AZ 85038-9082
10603698    +Chase Bank USA NA,    PO Box 15415,    Wilmington, DE 19850-5415
11724098    +Collaborative Learning, Inc.,    825 N. Cass Ave.,    Westmont, IL 60559-1132
11280624     Dentistry by Design,    Attn Bankruptcy Dept,    120 Hobson Road #132,    Naperville, IL 60540
11907763    +Desert Palace Inc dba Caesar’s Palace,    Robert G Aisenstein, Esq,    2114 Fountain Springs Drive,
              Henderson, Nevada 89074-1575
10781188    +Edward Hospital,    Attn: Bankruptcy Department,    801 S Washington Street,
              Naperville, IL 60540-7499
10794912    +Edward Hospital,    AttnL Bankruptcy Department,    801 S Washington St,
              Naperville, IL 60540-7430
11280625    +Fifth Third Bank,    Attn Bankruptcy Dept,    PO Box 740789,    Cincinnati, OH 45274-0789
11856630    +Fifth Third Bank,    Attn: Bankruptcy Department/MD#ROPS05,    1850 E Paris SE,    MD# ROPS05,
              Grand Rapids MI 49546-6253
10603684     First USA Bank,    Attn: Bankruptcy Dept.,    PO Box 15153,    Wilmington, DE 19886-5153
10621727    +Ford Motor Credit Company,    P.O. Box 55000,    Detroit, MI 48255-0001
10603694     Ford Motor Credit Company,    Bankruptcy Department,    PO Box 537901,    Livonia, MI 48153-7901
11547144    +Ford Motor Credit Company LLC,    P.O. Box 537901,    Livonia, MI 48153-7901
10603689    +Friedman & Wexler, LLC,    500 W. Madison St.,    Chicago, IL 60661-4544
10622370    +HSBC Bank USA, National Assoc Association,    c/o Codilis and Associates, P.C.,
              15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
10697725    +HSBC Mortgage Services,    C/O Stawiarski & Associates,    6560 Greenwood Plaza Plvd,    Ste 350,
              Englewood, Co 80111-4990
10603696    +HSBC Mortgage Services,    Bankruptcy Department,    1270 Northland Drive Ste 200,
              Mendota Heights, MN 55120-1176
10768485    +Harrah’s East Chicago,    c/o Friedman and Wexler, LLC,    500 W Madison,    Suite 2910,
              Chicago, IL 60661-4571
10768486    +Harrah’s Illinois Corporation,    c/o Friedman and Wexler, LLC.,    500 W Madison,    Suite 2910,
              Chicago, IL 60661-4571
10603688    +Harrahs Casino,    Bankruptcy Department,    211 N. Joliet St.,    Joliet, IL 60432-4069
10603690     Harrahs Casino,    Bankruptcy Department,    777 Harrahs Blvd,    East Chicago, IN 46312-1847
10603691    +Hollywood Casino,    Bankruptcy Department,    49 W. Galena Blvd.,    Aurora, IL 60506-4129
11724100    +James Westrick,    825 N. Cass Ave.,    Westmont, IL 60559-1132
10603681    +MBNA America,    Bankruptcy Department,    3451 Harry S. Truman Blvd,    St. Charles, MO 63301-4047
11724101    +Richard Westrick,    825 N. Cass Ave.,    Westmont, IL 60559-1132
10603687    +Rio Hotel & Casino,    3700 W. Flamingo,    Las Vegas, NV 89103-4046
11912814    +Rio Properties, Inc,    DBA Rio Suite Hotel Casino,    c/o Robert G Aisenstein, Esq,
              2114 Fountain Springs Drive,    Henderson, Nevada 89074-1575
11912816    +Rio Properties, Inc,    dba Rio Suite Hotel Casino,    c/o Robert G Aisenstein, Esq,
              2114 Fountain Springs Drive,    Henderson, Nevada 89074-1575
10603693    +Rosario Reyes,    2342 N. Karlov,    Chicago, IL 60639-3706
11268754    +Select Portfolio Servicing Inc,    POB 65587,    Saly Lake City, UT 84165-0587
11268753     Select Portfolio Servicing Inc,    Attn: Customer Service,    POB 551170,
              Jacksonville, FL 32255-1170
10655128    +TOYOTA MOTOR CREDIT CORP,    19001 S WESTERN AVE WF 21,    TORRANCE, CA 90501-1196
10603695   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Leasing,    Bankruptcy Department,
              5005 N. River Blvd. NE,    Cedar Rapids, IA 52411)
10603692    +Trump Casino,    21 Buffington Harbor Drive,    Gary, IN 46406-3000
11724099    +Westjam Enterprises, Inc.,    825 N. Cass Ave.,    Westmont, IL 60559-1132
10635659     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
10603682    +eCast Settlement Corp.,    Bankruptcy Department,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Sep 12, 2008.
10635688     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:42
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10603685     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:42      Discover Financial,
              Bankruptcy Department,    PO Box 15251,    Wilmington, DE 19886-5251
11832859     E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Sep 12 2008 04:50:10      Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1            User: amcc7                 Page 2 of 2              Date Rcvd: Sep 11, 2008
Case: 06-01462                  Form ID: pdf002             Total Served: 51
```

aty*        +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
10603699*   +HSBC Mortgage Services,   Bankruptcy Department,   1270 Northland Drive Ste 200,
              Mendota heights, MN 55120-1176

                                                                                          TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2008**                    **Signature:**   *Joseph Speetjens*